CivilIN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                   Case No.: 11-08434-PMG

KENNETH PRICHETT,

      Debtor(s).

_____/

## DEBTOR'S OBJECTION TO CLAIM TWO (2-1) OF

## USAA FEDERAL SAVINGS BANK

      Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest filed an objection within (30) days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at 300 N. Hogan St., Suite 3-350, Jacksonville, Florida 32202; and serve a copy on the movant's attorney, T. Eileen Dolaghan, Esquire, 2219 Park Street, Jacksonville, FL 32204; Douglas Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201 and any other appropriate persons.

      If you file and serve an objection within the time permitted, the court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

_____

      The debtor, through the undersigned attorney, objects to the allowance of Claim TWO (2-1) filed by USAA Federal Savings Bank in the amount of $23,481.74, on the grounds that it is a duplicate of Claim Four (4-1) filed by USAA Federal Savings Bank. Additionally, the claim states that the name of the debtor is "Shirley Prichett", who is not a debtor in the instant case.

      Estimated total time to hear this objection, if a hearing is required, is 10 minutes.

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing Objection to Claim has been furnished to: USAA Federal Savings Bank, c/o Richard S. Ralston, Attorney for Creditor, 2001 Western Avenue, Ste 400, Seattle, WA 98121; USAA Federal Savings Bank, 9800 Fredericksburg Road, San Antonio, TX 78288, Seattle, WA 98121; Office of the U.S. Trustee, 135 West Central Blvd., Room 620, Orlando, FL 32801; and Douglas W. Neway, Trustee, P. O. Box 4308, Jacksonville, FL 32201-4308, by U.S. Mail, postage pre-paid, this 15th day of February 2012.

                                                                     KING & DOLAGHAN, P.A.

                                                                     /s/ T. Eileen Dolaghan
                                                                     Candyce M. King
                                                                     Florida Bar No. 307210
                                                                     T. Eileen Dolaghan
                                                                     Florida Bar No. 193844
                                                                     2219 Park Street
                                                                     Jacksonville, FL 32204
                                                                     Phone: 904-387-9886
                                                                     Fax: 904-387-9862
                                                                     Attorney for Debtor